## THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAROLINE EDRI, MARQUITA WASHINGTON JOHNSON, RUDOLPH KORNMANN, and DAVID ASEKOFF on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br> -against-<br><br>BROOKLYN PREMIER ORTHOPEDICS AND PAIN MANAGEMENT PLLC d/b/a BROOKLYN PREMIER ORTHOPEDICS,<br><br>       Defendant. | Case No. 1:23-cv-7943<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Caroline Edri, Marquita Washington Johnson, Rudolph Kornmann, and David Asekoff ("Plaintiffs") hereby give notice that their claims in this action against Defendant Brooklyn Premier Orthopedics and Pain Management PLLC d/b/a/ Brooklyn Premier Orthopedics are voluntarily dismissed without prejudice both as to their individual claim and to class claims.

DATED: April 10, 2024.

           **ALMEIDA LAW GROUP LLC**

           */s/* David S. Almeida

           David S. Almeida
           New York Bar No. 3056520
           Matthew J. Langley
           New York Bar No. 4831749
           Elena A. Belov
           New York Bar No. 4080891
           849 W. Webster Avenue
           Chicago, Illinois 60614
           (312) 576-3024
           matt@almeidalawgroup.com

1

david@almeidalawgroup.com
elena@almeidalawgroup.com

Mason A. Barney
Tyler J. Bean (*pro hac vice* to be filed)
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
E: mbarney@sirillp.com
E: tbean@sirillp.com

Vicki J. Maniatis, Esq.
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN PLLC**
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Phone: (212) 594-5300
vmaniatis@milberg.com

David K. Lietz*
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, LLC**
**5335 Wisconsin Avenue NW**
Washington, D.C. 20015-2052
Telephone: (866) 252-0878
Facsimile: (202) 686-2877
dlietz@milberg.com

James J. Bilsborrow
New York Bar No. 4702064
**WEITZ & LUXENBERG, PC**
700 Broadway
New York, NY 10003
(212) 558-5500
jbilsborrow@weitzlux.com

*Attorneys for Plaintiffs and the Putative Class*

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that on April 10, 2024, I electronically served the foregoing on all counsel of record via the Court's CM/ECF system.

<u>/s/ David S. Almeida</u>
David S. Almeida
